An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GHOLAMREZA ZANDIAN JAZI, ALSO
KNOWN AS REZA ZANDIAN,
INDIVIDUALLY,
Appellant,
vs.
JOHNSON SPRING WATER
COMPANY, LLC, FORMERLY KNOWN
AS BIG SPRING RANCH, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; FRED SADRI, TRUSTEE
OF THE STAR LIVING TRUST; RAY
KOROGHLI AND ELIAS ABRISHAMI,
INDIVIDUALLY,
Respondents.

No. 62839

**FILED**

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this appeal was docketed, this court gave proper person appellant 40 days to file and serve the proper person litigant forms. Those forms were due in this court by April 30, 2013. To date, appellant has failed to file the required forms or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16174

cc:    Hon. Kerry Louise Earley, District Judge
Gholamreza Zandian Jazi
Reza Zandian
Watson Rounds
Elias Abrishami
Ballard Spahr, LLP
Eighth District Court Clerk